In the Matter of the Petition of GEORGE D. CARRINGTON, Substituted Trustee for a Construction of the Will of PHŒBE D. RULON, Deceased. H. FRANCIS DYRUFF, Special Guardian for ETHEL PHŒBE RULON, AUDREY KATHERINE RULON, WILLIAM RULON WILLIAMSON, JR., and ADDISON WILLIAMSON, PATRICIA CARRINGTON and PHŒBE ELIZABETH FLEMING, Infants, etc., Appellant; GEORGE D.

CARRINGTON, Substituted Trustee c. t. a. of PHŒBE D. RULON, Deceased; CLEMENT J. NORTHROP, Ancillary Administrator with the Will Annexed of the Estate of ELIZABETH N. NORTHROP, Deceased; MYRA RULON, Executrix, etc., of ANNIE RULON, Deceased, Respondents.— Decree of the Surrogate's Court of Kings county construing paragraph " third " of the will and holding that the legacies to Annie Rulon and Elizabeth N. Northrop vested at the death of the testatrix and, by reason of their deaths, passed to their legal representatives, unanimously affirmed, in so far as an appeal is taken, with costs, payable out of the estate, to the parties filing briefs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.